# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                           NO. 4:15CR00045-01 JLH

CHRISTOPHER LANEAL EMMANUEL NICHOLS                    DEFENDANT

## ORDER

On February 11, 2015, United States Magistrate Judge J. Thomas Ray appointed CJA Panel Attorney Mark A. Jesse to represent defendant Christopher Laneal Emmanuel Nichols in the above styled matter. Attorney Jeff M. Rosenzweig filed an entry of appearance as retained counsel on March 12, 2015. Document #13.

IT IS HEREBY ORDERED that Jeff M. Rosenzweig is hereby substituted as retained counsel of record for defendant Christopher Laneal Emmanuel Nichols, and panel attorney Mark A. Jesse is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 13th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE